MOIRA MCGLADRIGAN *v.* CHERYL ANN
REYNOLDS ET AL.
(AC 16249)

Foti, Lavery and Cretella, Js.

Argued April 21—officially released May 20, 1997

Per Curiam. The judgment is affirmed.

JULIE NELSON *v.* DEB'S, INC., ET AL.
(AC 16116)

Lavery, Schaller and Hennessy, Js.

Argued April 22—officially released May 20, 1997

Per Curiam. The decision of the workers' compensation review board is affirmed.

STATEWIDE PARKING SERVICES, INC. *v.* CITY OF
HARTFORD ET AL.
(AC 15749)

Lavery, Schaller and Hennessy, Js.

Argued April 22—officially released May 20, 1997

Per Curiam. The judgment is affirmed.